**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| **CORA W.,** | ) | |
| **Plaintiff,** | ) | **Civil Action No: 1:26-cv-00041** |
| | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **Magistrate Judge Chelsey M. Vascura** |
| **FRANK BISIGNANO,** | ) | |
| **Commissioner of** | ) | |
| **Social Security,** | ) | |
| **Defendant.** | ) | |

**ORDER**

This matter is before the Court on the parties' Joint Motion to Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) (ECF No. 7). For good cause shown, the Motion is **GRANTED**. It is hereby **ORDERED** that:

1.      This matter shall be reversed and remanded back to the Commissioner for further administrative proceedings pursuant to Sentence Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g). *See Follen v. Comm'r of Soc. Sec.*, -- F.4th --, 2026 WL 381021 (6th Cir. 2026).  This case is being remanded on the merits to permit the Administrative Law Judge to give further consideration the opinion evidence.

2.      On remand, the Appeals Council will vacate all findings in the Administrative Law Judge's decision.  The Commissioner will develop the administrative record as necessary to determine whether Plaintiff is disabled within the meaning of the Social Security Act, hold a new hearing, and then issue a new decision.

3.      The clerk is directed to enter judgment pursuant to Federal Rule of Civil Procedure 58.

 **IT IS SO ORDERED.**

s/ *Chelsey M. Vascura*

CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE